IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANTA FE COUNTY, )<br>SANTA FE COUNTY ADULT )<br>DETENTION CENTER, )<br>ANNABELLE ROMERO, Corrections )<br>Director, )<br>DAVID TRUJILLO, Jail )<br>Administrator, )<br>SANTA FE BOARD OF COUNTY )<br>COMMISSIONERS )<br>)<br>Defendants. )<br>_____ ) | CIV 08-212 MCA/RHS |

## JOINT STATUS REPORT

The United States, Plaintiff, and Santa Fe County (County), et al., Defendants, respectfully submit this Joint Status Report, as required by the Court's Order of April 30, 2008, regarding the County's progress in implementing the Settlement Agreement entered by the Court on April 30, 2008 in this matter:

1. On February 19-21, 2008, the United States, with its expert consultants, conducted its initial compliance visit of the Santa Fe County Adult Detention Center (SFCADC) under the Settlement Agreement. The County provided extensive documents in response to the United States' requests before, during, and following the visit.

2. Due to a misunderstanding, the County did not provide the first compliance report, due January 15, 2008, pursuant to provision 93 of the Settlement Agreement. The County has not provided the second compliance report, due April 15, 2008. The next compliance report is due July 15, 2008.

3. The United States provided the County with a written assessment of the County's compliance with the medical and mental health care provisions of the Settlement Agreement, as assessed through the February 2008 tour and document review, on May 14, 2008, along with the United States' expert consultants' reports on medical and mental health care at SFCADC.

4. The United States provided the County with a written assessment of the County's compliance with the security and safety provisions of the Settlement Agreement, as assessed through the February 2008 tour and document review, on June 20, 2008, along with the United States' expert consultant's report on security and safety at SFCADC.

5. On June 24-25, 2008, the United States, with its expert consultants, conducted its second compliance on-site review of SFCADC under the Settlement Agreement.

6. While the County has not yet reached compliance with all the provisions of the Settlement Agreement, the County has achieved progress in many areas.

7. The parties are working together, cooperatively and in good faith, toward a goal of substantial compliance with each provision of the Settlement Agreement.

Respectfully submitted,

FOR THE UNITED STATES:

GREGORY J. FOURATT
United States Attorney

SHANETTA Y. CUTLAR
Chief
Special Litigation Section
Civil Rights Division

JAN ELIZABETH MITCHELL
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
505.346.7274
Jan.mitchell@usdoj.gov

*[signature]*
TAMMIE M. GREGG
Principal Deputy Chief
Special Litigation Section

*[signature]*
KERRY KRENTLER DEAN
SHERIDAN L. ENGLAND
Trial Attorneys
Civil Rights Division
Special Litigation Section
U.S. Department of Justice
601 D Street, NW
Washington, DC 20530
202.514.1841
kerry.k.dean@usdoj.gov

FOR THE COUNTY:

*[signature]*
STEPHEN C. ROSS
Santa Fe County Attorney
102 Grant Ave.
Santa Fe, NM 87504-0276
505.986.6279
sross@co.santa-fe.nm.us